JS-6

1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| TANIA MARQUEZ, an individual, | CASE NO. 5:23-cv-2625-JLS (DTBx) |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** [24] |
| TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: October 26, 2023<br>Removal Filed: December 27, 2023 |

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Came on this day to be considered, Plaintiff TANIA MARQUEZ and Defendant

2    TARGET CORPORATION Joint Stipulation of Dismissal with Prejudice.

3        It is HEREBY ORDERED that all claims and the entire action are HEREBY

4    DISMISSED WITH PREJUDICE.

5    Dated:    12/12/2024

## Josephine L. Staton

Judge Josephine L. Staton
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER OF DISMISSAL WITH PREJUDICE